UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

KINSALE INSURANCE COMPANY,

    Plaintiff,

v.

PILOT WATER SOLUTIONS PERMIAN, LLC, CAMILO SALCEDO, and TEXAS MUTUAL INSURANCE COMPANY,

    Defendants.

                                                /

CASE NO: 22-cv-3434

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

KINSALE INSURANCE COMPANY ("Kinsale"), PILOT WATER SOLUTIONS PERMIAN, LLC ("PWSP"), TEXAS MUTUAL INSURANCE COMPANY ("Texas Mutual"), and CAMILO SALCEDO (jointly, the "Parties"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the following:

This matter has been settled.

The Parties agree to dismiss their claims against one another with prejudice, with each party to bear its own attorney's fees and costs.

Respectfully submitted,

| | |
|---|---|
| */s/* SERGIO BUENO | s/ VINCENT E. MORGAN |
| **SERGIO BUENO** | **VINCENT E. MORGAN** |
| Florida Bar No. 112401 | Texas Bar No. 24027529 |
| Sergio.Bueno@clydeco.us | Southern District Bar No. 30181 |
| Clyde & Co US LLP | vince.morgan@bracewell.com |
| 1221 Brickell Avenue, Suite 1600 | Suzanne F. Day |
| Miami, Florida 33131 | Texas Bar No. 24047516 |
| T: 305.446.2646 | Southern District Bar No. 22529 |
| *Admitted Pro Hac Vice* | suzanne.day@bracewell.com |
| | William Mahoney |
| Lisa M. Henderson | Texas Bar No. 24129364 |

| | |
|---|---|
| State Bar No. 24025423<br>Southern Dist. Bar No. 27407<br>lisa.henderson@clydeco.us<br>L. Kimberly Steele<br>State Bar No. 04127600<br>Southern Dist. Bar No. 16977<br>kimberly.steele@clydeco.us<br><br>CLYDE & CO US LLP<br>**Attorneys for Plaintiff Kinsale**<br>**Insurance Company** | Southern District Bar No. 3770334<br>william.mahoney@bracewell.com<br><br>BRACEWELL LLP<br>711 Louisiana Street, Suite 2300<br>Houston, Texas 77002-2770<br>713.221.1450<br>**Attorneys for Defendant**<br>**Pilot Water Solutions Permian, LLC** |
| */s/* SCOTT PLACEK<br>**SCOTT PLACEK**<br>State Bar No. 00784769 Southern District Bar No. 29377<br>Matthew J. Foerster<br>State Bar No. 24065238<br>Southern District Bar No. 3134505<br><br>ARNOLD, PLACEK, & FOERSTER P.C.<br>12343 Hymeadow Drive<br>Building 2, Suite 100<br>Austin, TX 78750<br>(512) 341-7044<br>(512) 341-7921 (fax)<br>rsp.service@arnoldplacek.com<br>mjf.service@arnoldplacek.com<br><br>**Attorneys for Defendant Texas Mutual**<br>**Insurance Company** | */s/* KYLE FINDLEY<br>**KYLE FINDLEY**<br>State Bar No. 24076382<br><br>ARNOLD AND ITKIN, LLP<br>6009 Memorial Drive<br>Houston, Texas 77007<br>713.222.3800<br>713.222.3850 (Fax)<br>KFindley@arnolditkin.com<br>e-service@arnolditkin.com<br>Attorney for Defendant Camilo Salcedo |

## CERTIFICATE OF SERVICE

I CERTIFY that on September 18, 2023, this document was e-filed using the CM/ECF system. I further certify that I am unaware of any non-CM/ECF participants.

/s/SERGIO BUENO
**SERGIO BUENO**