United States District Court
Southern District of Texas
**ENTERED**
September 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KINSALE INSURANCE COMPANY, § <br>     Plaintiff, § <br> § <br> VS. § <br> § <br> PILOT WATER SOLUTIONS PERMIAN, § <br> LLC, *et al.*, § <br>     Defendants. § | CIVIL ACTION NO. 4:22-CV-03434 |

ORDER OF DISMISSAL

On September 18, 2023, the parties filed a Joint Stipulation of Dismissal with prejudice (Dkt. 40) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs.

SIGNED at Houston, Texas on September 28, 2023.

                                                      GEORGE C. HANKS, JR.
                                                      UNITED STATES DISTRICT JUDGE